## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DONNA RICH**
       Plaintiff
  vs.                             **CASE NUMBER:** 1:10-cv-1371 MAD/CFH

**TEE BAR CORPORATION**
**d/b/a Rocking Horse Ranch Corp.**
       Defendant

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on October 4, 2013, the Jury finds in favor of the defendant with a verdict of no cause. Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of defendant Tee Bar Corporation, as against plaintiff, Donna Rich.

DATED: October 4, 2013

*[signature]*
Clerk of Court

s/ Britney Norton
Britney Norton
Deputy Clerk